E-FILED
Tuesday, 13 March, 2018  05:33:15 PM
Clerk, U.S. District Court, ILCD

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR **FILED**

AT

MAR 13 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LOCATION NUMBER

| | |
|---|---|
| PERSON REPRESENTED *(Show your full name)* | 1 ☒ Defendant - Adult |
| JOE MORRIS | 2 ☐ Defendant - Juvenile |
| | 3 ☐ Appellant |
| | 4 ☐ Probation Violator |
| | 5 ☐ Supervised Release Violator |
| CHARGE/OFFENSE *(describe if applicable & check box→)* | 6 ☐ Habeas Petitioner |
| ☐ Felony | 7 ☐ 2255 Petitioner |
| ☐ Misdemeanor | 8 ☐ Material Witness |
| | 9 ☐ Other *(Specify)* |

DOCKET NUMBERS
Magistrate Judge
18-7051-02
District Court

Court of Appeals

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**

Are you now employed?  ☐ Yes  ☒ No  ☐ Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____

If married, is your spouse employed?  ☐ Yes  ☐ No   N/A - NOT MARRIED

IF YES, how much does your spouse earn per month? $ _____

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No

IF YES, give the amount received and identify the sources
$ 200 - $300/MO  SOURCES  ODD JOBS
$ _____
$ _____

**CASH**

Do you have any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, total amount? $ 55.00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

IF YES, give value and description for each

| VALUE | DESCRIPTION |
|---|---|
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |

---

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
X Single
___ Married
___ Widowed
___ Separated or Divorced

Total No. of Dependents  0

List persons you actually support and your relationship to them
_____
_____
_____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| CELL PHONE BILL | $ _____ | $ 55 |
| HOUSING | $ _____ | $ 50 |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |

---

I certify under penalty of perjury that the foregoing is true and correct.

s/Joe Morris

_____
SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

3/13/2018
Date